# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129488

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARY ANNE MOORE,
      Defendant-Appellant.

SC: 129488
COA: 264113
Oakland CC: 2003-193972-FH

_____/

On order of the Court, the application for leave to appeal the August 29, 2005 order of the Court of Appeals is considered, and it is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

s0419